STATE OF NEW JERSEY v. WILLIAM HILL.

June 3, 1986.

Petition for certification denied.   (See 208 *N.J.Super.* 492)


STATE OF NEW JERSEY v. HAROLD, JAMES.

June 3, 1986.

Petition for certification denied.


STATE OF NEW JERSEY v. STANLEY ROBERTSON.

June 3, 1986.

Petition for certification denied.


STATE OF NEW JERSEY v. JEFFREY BUNYAN.

June 3, 1986.

Petition for certification denied.